UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KIELANDE DESTIN**,

      Plaintiff,

  v.

Case Number: **8:21-cv-1797-SDM-TGW**

**SOURCE RECEIVABLES MANAGEMENT, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,**

      Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT SOURCE RECEIVABLES MANAGEMENT, LLC

    COMES NOW, the Plaintiff, Kielande Destin, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Source Receivables Management, LLC, only. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant Source Receivables Management, LLC, with prejudice.

    This Notice does not affect the remaining claims against Experian Information Solutions, Inc.

    Submitted this August 20, 2021, by:

                                                        /s/ *Brandon D. Morgan*
                                                        Brandon D. Morgan, Esq.
                                                        Florida Bar Number: 1015954
                                                        Seraph Legal, P. A.
                                                         1614 N. 19th St.
                                                        Tampa, FL 33605
                                                        (813) 567-1230

                                                                                                               bmorgan@seraphlegal.com
                                                                                                                 Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                                                                                                  */s/ Brandon D. Morgan*
                                                                                                  Brandon D. Morgan, Esq.
                                                                                                  Florida Bar Number: 1015954